**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dr. G. NEIL GARRETT, DDS, PC., ) | | |
| on behalf of itself and a class, ) | | |
| ) | | |
| Plaintiff, ) | 12 CV 6639 | |
| ) | | |
| v. ) | | |
| ) | Honorable Judge St. Eve | |
| CUSTOM MADE PHARMACY, INC., ) | | |
| d/b/a SPECIALTY COMPOUNDING ) | | |
| PHARMACY and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER ENTERING DEFAULT JUDGMENT**

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Custom Made Pharmacy, Inc., d/b/a Specialty Compounding Pharmacy, and in Plaintiff's favor, in the amount of $1,500.00 for plaintiff in statutory damages, plus $3,364.00 in attorney's fees and $395.00 in costs of suit.

Defendant Custom Made Pharmacy, Inc., d/b/a Specialty Compounding Pharmacy is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: November 20, 2012

_____
Honorable Amy J. St. Eve